IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**VERSAPRO GROUP, LLC,**

    Plaintiff,

v.

Case No.: 2:18-cv-13120-AJT-DRG
Hon. Arthur J. Tarnow

**LINTECH GLOBAL, INC.,**

    Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Before the Court is Defendant, LinTech Global, Inc.'s ("LinTech"), Unopposed Motion for Leave to File under Seal. The Court being fully advised in the premises, and for good cause shown, LinTech's Unopposed Motion for Leave to File under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that: (1) LinTech may redact from its Motion to Dismiss and/or Compel Arbitration (the "Motion") all references to Exhibits A, B, C, and D to the Motion; (2) LinTech may file redacted copies of Exhibits A, B, C, and D to its Motion; and (3) LinTech may file under seal an unredacted copy of its Motion.

    **SO ORDERED.**

                                                <u>s/Arthur J. Tarnow</u>
                                                Hon. Arthur J. Tarnow

**Dated: November 5, 2018**

{7731392: }