UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Versa Pro Group, LLC,

                    Plaintiff(s),

v.                                       Case No. 2:18–cv–13120–AJT–DRG
                                           Hon. Arthur J. Tarnow

LinTech Global, Inc.,

                    Defendant(s),

_____

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 111.  The following motion(s) are scheduled for hearing:

      Sealed Motion – #7

- MOTION HEARING:  May 2, 2019 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/M. Lang
                                                       Case Manager

Dated:  January 15, 2019