UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSA PRO GROUP, LLC,

    Plaintiff,

v.

LINTECH GLOBAL, INC.,

    Defendant.

_____/

Case No. 18-13120

SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R. GRAND

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION [5, 7]**

Before the Court is Defendant LinTech Global, Inc.'s Motion to Dismiss and/or Compel Arbitration [5] filed on November 1, 2018. Plaintiff Versa Pro Group, LLC filed a Response [9] on November 23, 2018. Defendant filed a Reply [12] on December 6, 2018. On May 2, 2019, the Court held a hearing on the Motion.

For the reasons stated on the record,

**IT IS ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration [5, 7] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED without prejudice**.

**SO ORDERED**.

                                         s/Arthur J. Tarnow

Dated: May 2, 2019               Arthur J. Tarnow
                                       Senior United States District Judge