UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERSA PRO GROUP, LLC,

    Plaintiff,

v.

LINTECH GLOBAL, INC.,

    Defendant.

Case No. 18-13120

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R. GRAND

_____/

**JUDGMENT**

All issues having been resolved by the Court's Order [15] of May 2, 2019,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 2nd day of May 2019.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/D. Tofil

        Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE